## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                              Case No.  18-cv-02706-DDC-KGG

RYAN SCHELL, D.C.;
TYLER SCHELL, D.C.; and
KANSAS CITY HEALTH AND WELLNESS
CLINIC, P.A.,

                Defendants,

### **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and in accordance with the terms and conditions of a Settlement Agreement fully executed on or about June 25, 2019, the Plaintiff United States of America and Defendants Ryan Schell, Tyler Schell, and Kansas City Health and Wellness Clinic, P.A. (collectively the "Parties), file this Stipulation of Dismissal. The Parties stipulate as follows:

1. The Parties have executed a written Settlement Agreement. This Stipulation of Dismissal is consistent with, subject to, and incorporates the terms of the Settlement Agreement.

2. All claims in the above-captioned action are hereby dismissed without prejudice.

3. All parties shall bear their on fees, costs, and expenses.

                                              Respectfully submitted,

                                              STEPHEN R. McALLISTER
                                              United States Attorney
                                              District of Kansas

By: /s/ Jon P. Fleenor
JON P. FLEENOR
Assistant United States Attorney
Ks. S.Ct. No. 14002
500 State Street, Suite 360
Kansas City, Kansas 66101
Tel: (913) 551-6730
Fax: (913) 551-6541
Email: jon.fleenor@usdoj.gov

*Attorneys for the United States of America*


WYRSCH HOBBS & MIRAKIAN, P.C.


By: /s/ Marilyn B. Keller
MARILYN B. KELLER KS # 15444
One Kansas City Place
1200 Main St., Suite 2110
Kansas City, MO 64105
Tel: (816) 221-0080
Fax: (816) 221-3280
Email: mbkeller@whmlaw.net

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July 2019, a true and correct copy of the above and foregoing Stipulation of Dismissal was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all parties receiving CM/ECF notifications in this case.  A copy has also been provided by electronic mail to the following:

> Anthony C. Vitale
> avitale@vitalehealthlaw.com
> *Counsel for Defendants*
> *Tyler Schell*
> *Ryan Schell*
> *Kansas City Health and Wellness Clinic, P.A.*

/s/ Jon P. Fleenor
JON P. FLEENOR
Assistant United States Attorney